IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SAV-RX LLC, a Nebraska limited liability company, | ) ) ) | Case No. 8:07-CV-419 |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| I LOVE CHINA d/b/a "sav-rx.com", an internet domain name registrant, | ) ) ) | |
| Defendant. | ) | |

  This matter having come before the Court upon the Plaintiff's Motion to Strike Document Number 20, filed on December 3, 2007.

  IT IS HEREBY ORDERED that Document Number 20 filed on December 3, 2007 is hereby stricken.

  DATED December 5, 2007

                BY THE COURT:

                s/ F.A. Gossett
                United States Magistrate Judge


PREPARED AND SUBMITTED BY:

Michael F. Coyle #18299
Jason P. Jaousek #23413
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, Nebraska 68102
(402) 341-6000
ATTORNEYS FOR PLAINTIFF