IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SAV-RX, LLC, a Nebraska limited liability company, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 8:08CV189 |
| I LOVE CHINA, an internet domain name registrant, and JOHN WICHMANN, an individual, | ) ) ) ) ) | ORDER TO SHOW CAUSE (Fed. R. Civ. P. 4(m)) |
| Defendants. | ) | |

This matter is before the court on the court's own motion pursuant to Fed. R. Civ. P. 4(m), which states in pertinent part:

> If a defendant is not served within 120 days after the complaint is filed, the court — on motion or on its own after notice to the plaintiff — must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f) or 4(j)(1).

Plaintiff's Amended Complaint (Filing 24) was filed on February 19, 2008, and the 120-day period has expired. The record contains no showing that the plaintiff has effected service upon the defendants, and there has been no substantive activity in the case.

**IT THEREFORE IS ORDERED** that, on or before **September 15, 2008**, plaintiff shall either: (1) effect service on the defendants and file proof of same with the court or (2) show cause why this case should not be dismissed without prejudice for failure to effect service within the time limit specified in Fed. R. Civ. P. 4(m).

**DATED August 26, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**