IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SAV-RX LLC, a Nebraska Limited Liability Company, | ) ) ) | CASE NO. 8:07CV419 |
| Plaintiff, | ) ) ) | ORDER |
| v. | ) ) | OF DISMISSAL |
| I LOVE CHINA, an internet domain name registrant, and JOHN WICHMANN, an individual, | ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Court's own motion. The Plaintiff's Amended Complaint (Filing No. 24) was filed on February 19, 2008. On August 26, 2008, Judge F.A. Gossett issued an Order to Show Cause (Filing No. 33), directing the Plaintiff to "(1) effect service on the defendants and file proof of same with the court or (2) show cause why this case should not be dismissed without prejudice for failure to effect service within the time limit specified in Fed. R. Civ. P. 4(m)." Plaintiff was given a September 15, 2008, deadline by which to comply. To date, the court file does not reflect that process has been served on the Defendants. Furthermore, the Plaintiff has not responded to the August 26, 2008, Order to Show Cause. Accordingly,

IT IS ORDERED that the above-captioned case is dismissed, without prejudice.

Dated this 23rd day of September, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge