IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Sᴀᴠ-Rx, LLC, a Nebraska limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 8:08CV419 |
| I LOVE CHINA, an internet domain name registrant, and JOHN WICHMANN, an individual, | ) ) ) ) ) | ORDER |
| Defendants. | ) | |

On October 8, 2008, Judge Smith Camp entered an order reopening this case and directing the defendants to respond to the complaint on or before November 7, 2008. The record now shows that defendant, John Wichmann, was served with summons and a copy of the complaint on September 2, 2008. To date, Wichmann has not filed any response.

**IT IS ORDERED** that plaintiff shall file a status report no later than **January 5, 2009** addressing its progress in obtaining service on defendant "I LOVE CHINA," and whether plaintiff intends to request an entry of default and file a motion for default judgment against defendant Wichmann.

DATED December 19, 2008.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**