# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAV-RX, LLC, a Nebraska Limited Liability Company, ) ) ) | CASE NO. 8:07CV419 |
| Plaintiff, ) ) | |
| ) | ORDER |
| v. ) ) | |
| JOHN WICHMANN, ) ) | |
| Defendant. ) | |

This matter is before the Court on the Motion for Release of Bond Obligation (Filing No. 54) filed by Plaintiff Sav-Rx, LLC. Defendant has not responded to Plaintiff's motion. Plaintiff deposited a bond with this Court on October 23, 2007 (Filing No. 10), as security for the consequences for the issuance of the Temporary Restraining Order (Filing No. 7). An Order of Default Judgment and Permanent Injunction was issued in favor of Plaintiff on March 17, 2009 (Filing No. 52). Therefore, the bond is no longer necessary in this matter. Accordingly,

IT IS ORDERED:

1. The Motion for Release of Bond Obligation (Filing No. 54) filed by Plaintiff Sav-Rx, LLC is granted;

2. Plaintiff is entitled to the bond filed with the Court (Filing No. 10) in the amount of $100.00; and

3. The clerk is directed to release the bond to counsel for Plaintiff:

    Fraser Stryker PC LLO, c/o Luke J. Klinker
    500 Energy Plaza
    409 South 17th Street
    Omaha, Nebraska 68102

DATED this 22nd day of June, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge